**Order filed June 15, 2016**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-00004-CV
_____

**MONCRIEF PARTNERS, L.P., RWM 1988 TRUST, TOM O. MONCRIEF 1967 TRUST, CBMONCRIEF OIL & GAS, LLC AND MONCRIEF OIL & GAS MASTER, LLC, Appellant**

**V.**

**IN THE MATTER OF THE ISSUANCE OF SUBPOENAS FOR THE DEPOSITIONS OF DARRELL D. BENNETT, CODY CLARK, CHRISTOPHER LOWE, AND JOEY HOLLOWAY, Appellee**

On Appeal from the 295th District Court
Harris County, Texas
Trial Court Cause No. 2015-58899

## O R D E R

The clerk's record was filed February 9, 2016 . Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the final judgment signed February 22, 2016 and the motion for protection filed by Bennett, Clark and Lowe.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 21, 2016, containing The final judgment signed February 22, 2016 and the motion for protection filed by Bennett, Clark and Lowe.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM